# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00531-CR

**Jimmy Lee Rhodes, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 22ND DISTRICT COURT OF HAYS COUNTY
### NO. CR-17-0393-C, THE HONORABLE R. BRUCE BOYER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Jimmy Lee Rhodes was convicted of murder, and he appealed the trial court's judgment of conviction. *See* Tex. Penal Code § 19.01. Rhodes's attorney has filed a suggestion of death, explaining that Rhodes died while the appeal was pending. When an appellant in a criminal case dies after an appeal is perfected but before the appellate court issues the mandate, the appellate court must permanently abate the appeal. *See* Tex. R. App. P. 7.1(a)(2); *Jaminez Sosa v. State*, No. 03-19-00130-CR, 2019 WL 6975113, at *1 (Tex. App.—Austin Dec. 20, 2019, no pet.) (mem. op., not designated for publication). Accordingly, we permanently abate the appeal.

_____

Thomas J. Baker, Justice

Before Justices Goodwin, Baker, and Kelly

Permanently Abated

Filed:   July 22, 2022

Do Not Publish